UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | No. 3:05-CR-240-K (04) |
| | § | |
| | § | |
| LESLIE WAYNE DAVIDOFF | § | |

ORDER

Before the Court is Defendant Davidoff's Motion to Terminate Defendant's Supervised Release Term, filed on July 15, 2016. The Court inquired with the U.S. Probation Officer assigned to this Defendant and the Assistant United States Attorney, and neither oppose termination of Supervised Release. Therefore, the Motion is unopposed and is hereby **GRANTED.**

Supervised Release is hereby terminated for Defendant Leslie Wayne Davidoff.

SO ORDERED.

Signed August 20th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE